FILED

SEP 2 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Number: CR 05-0492 MHP |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING WAIVER AND EXCLUSION OF TIME |
| PATRICK COOK, | |
| Defendant. | |

On Monday, September 19, 2005, the parties are scheduled to appear before the Court for a status hearing and/or possible change of plea. The parties now jointly request that this case be continued to Monday, October 3, 2005. The parties have recently met and conferred and the government has requested additional information from the defense, that it believes will help the parties resolve this cases. The defense requires additional time to gather the information, and once provided, the government will need additional time to investigate and evaluate the information.

The parties jointly request that the case be continued to Monday, October 3, 2005 for possible change of plea. The parties further request that the period from September 19, 2005 through and including October 3, 2005 be excluded from the calculation of time under the Speedy Trial Act.

ORDER
CR 05-0492 MHP

E-filing

1  In light of the foregoing reasons, the failure to grant the requested exclusion would
2  unreasonably deny counsel for both the defense and the government with the reasonable time
3  necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.
4  § 3161(h)(8)(B)(iv). In addition, the ends of justice would be served by the Court excluding the
5  proposed time period; these ends outweigh the best interest of the public and the defendant in a
6  speedy trial. 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv).
7  With the consent of the parties, the period from September 19, 2005 through and
8  including October 3, 2005, shall be excluded from the Speedy Trial Act calculation under 18
9  U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
10  SO STIPULATED.
11  DATED:
        _____
12       LIDIA STIGLICH
         Attorney for the Defendant
13
14  DATED: 9/14/05    _____
                      ALEXIS HUNTER
15                    Assistant United States Attorney
16
17  PURSUANT TO STIPULATION, IT IS SO ORDERED. + attached signature
18
19  DATED: 9/15/05    _____
                      MARILYN HALL PATEL
20                    UNITED STATES DISTRICT JUDGE

ORDER
CR 05-0492 MHP                                 2

1   In light of the foregoing reasons, the failure to grant the requested exclusion would
2   unreasonably deny counsel for both the defense and the government with the reasonable time
3   necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.
4   § 3161(h)(8)(B)(iv). In addition, the ends of justice would be served by the Court excluding the
5   proposed time period; these ends outweigh the best interest of the public and the defendant in a
6   speedy trial. 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv).
7   With the consent of the parties, the period from September 19, 2005 through and
8   including October 3, 2005, shall be excluded from the Speedy Trial Act calculation under 18
9   U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
10  SO STIPULATED.
11  DATED: 9/14/05
12                              LIDIA STIGLICH
                                Attorney for the Defendant
13
14  DATED: 9/14/05
                                ALEXIS HUNTER
15                              Assistant United States Attorney
16
17  PURSUANT TO STIPULATION, IT IS SO ORDERED.
18
19  DATED:
                                MARILYN HALL PATEL
20                              UNITED STATES DISTRICT JUDGE

ORDER
CR 05-0492 MHP                          2