LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, CA 94103
Tel: 415-865-2539
Fax: 415-865-2538

Attorney for Defendant
PATRICK COOK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

PATRICK COOK,

Defendant.

_______________________________________/

Case No. CR 05-00492 MPH

**AMENDED** STIPULATION TO CONTINUE AND ~~[PROPOSED]~~ ORDER

Defendant PATRICK COOK, by and through his counsel Lidia S. Stiglich and Assistant United States Attorney Alexis Hunter, hereby stipulate and agree to continue the sentencing hearing date in the above entitled matter from February 13, 2006 at 9:00 a.m. to March 20, 2006 at 9:00 a.m. or to a date that is convenient to the Court. Additional time is needed to complete the presentence process including completing the presentence interview, investigation and report. Additional time is needed, in part, due to defense counsel's unavailability to participate in the presentence interview as a result of being in a trial on another matter.

///

///

///

Pretrial Service Officer Cheryl L. Simone has no opposition to this request.

IT IS SO STIPULATED.

/S/

Dated: ____________________.

LIDIA S. STIGLICH
Attorney for Defendant
JOHN E. WOOD

/S/

Dated: ____________________.

ALEXIS HUNTER
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, Defendant PATRICK COOK'S sentencing hearing is hereby continued from February 13, 2006 at 9:00 a.m. to March 20, 2006 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: 12/9/2005.

Honorable Marilyn Hall Patel
United States District Court Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Marilyn H. Patel