FILED
MAR 1 6 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | Docket Number: CR 05-00492-1 MHP |
| Patrick L. Cook ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _March 20, 2006_ be continued until _April 24, 2006_ at _9:00 a.m._

*no further extensions*

Date: 3/16/06

Marilyn Hall Patel
United States District Judge

NDC-PSR-009 12/06/04