KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

ALEXIS HUNTER (NYSBN 3939824)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6844
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0492 MHP |
|     Plaintiff, ) | |
|     v. ) | [PROPOSED] STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| PATRICK COOK, ) | |
|     Defendant. ) | |

    In the interest of justice the parties hereby jointly request that the judgment and sentencing specially set for 3:00 p.m. on April 27, 2006, be continued to Monday, May 8, 2006, at 9:00 a.m. The parties have conferred with United States Probation Officer, Cheryl Simone, and she has no objection to the requested continuance.

    IT IS SO STIPULATED.

//

//

//

//

STIPULATION & [PROPOSED] ORDER
CR 05-0492 MHP

1  Dated: April 27, 2006                          /S/
2                                                 LIDIA STIGLICH
                                                  Attorney for Patrick Cook
3
4
5  Dated: April 27, 2006                          /S/
                                                  ALEXIS HUNTER
6                                                 Assistant United States Attorney
7
8
9          Pursuant to stipulation, Defendant Patrick Cook's Sentencing hearing is hereby continued
10 from April 27, 2006 at 3:00 p.m. to May 8, 2006 at 9:00 a.m.
11         IT IS SO ORDERED.
12
13 Dated: April 27, 2006
                                                  _____
14                                                HON. MARILYN H. PATEL
                                                  United States District Court Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER
CR 05-0492 MHP                            2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of the STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING in the case of United States v. Patrick Cook, CR 05-0492 MPH to be served this date upon the person(s) below:

By Facsimile to (4150 865-2538

Ms. Lidia Stiglich
Stiglich, Hinckley & Burrell LLP
502 7th Street
San Francisco, CA 94103

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 27, 2006 at San Francisco, California.

_____/S/_____
ALEXIS HUNTER
Assistant United States Attorney